UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 28, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

POR JOUA VANG,

Defendant.

Case No. 2:19-mj-00136-EFB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release POR JOUA VANG Case No. 2:19-mj-00136-EFB Charges 21 USC § 841(a)(1) from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

X Unsecured Appearance Bond $ 25,000.00 Co-signed by Jamie Lee

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on August 28, 2019 at 2:00 PM

By: /s/ Kendall J. Newman
Magistrate Judge Kendall J. Newman